In the Matter of the Judicial Settlement of the Account of Proceedings of CITY BANK FARMERS TRUST COMPANY (Formerly Known as THE FARMERS LOAN AND TRUST COMPANY), as Trustee under the Last Will and Testament of FREDERIK WALDEMAR HVOSLEF, Deceased. MADSELLA LORENZE HVOSLEF and MARIE HVOSLEF SAEVERUD, Appellants; CITY BANK FARMERS TRUST COMPANY, etc., as Trustee, etc., of FREDERIK WALDEMAR HVOSLEF, Deceased, and WALTER JEFFREYS CARLIN, as Special Guardian for Infants, etc., Respondents.— In a proceeding for the judicial settlement of the accounts of respondent trustee, decree of the Surrogate's Court of Kings County, in so far as appealed from, unanimously affirmed, with costs to appellants and respondent trustee, payable out of the trust estate. No opinion. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

In the Matter of Proving the Last Will and Testament of HELEN LINDSAY, Late of the County of Queens, Deceased. MABEL LAWRIE, Appellant; ROBERT McC. ROBINSON, as One of the Executors and Residuary Legatees Named in the Last Will and Testament of HELEN LINDSAY, Deceased, and MARIO J. CARIELLO, as Special Guardian for HARRY LAWRIE and SIDNEY LAWRIE, Infants, etc., Respondents.— Decree of the Surrogate's Court of Queens County admitting the paper writing to probate, in accordance with a directed verdict, after trial upon framed issues, unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property of and Rehabilitate the LAWYERS WESTCHESTER MORTGAGE AND TITLE COMPANY. In the Matter of a Plan of Readjustment, Modification or Reorganization of the Rights of the Holders of Mortgage Investments in a Certain Mortgage Guaranteed by LAWYERS WESTCHESTER MORTGAGE AND TITLE COMPANY, and Designated as Issue No. 5–7902. In the Matter of the Application for Instructions as to Disposition to Be Made of Dividend Payment on Account of Claim Allowed on Guaranty. FREDERICK H. HURDMAN and Others, Comprising the Firm of HURDMAN & CRANSTOUN, Appellants; OLIVER W. BIRCKHEAD and Others, as Successor Trustees for Series 5–7902 of LAWYERS WESTCHESTER MORTGAGE AND TITLE COMPANY, WILLIAM A. DAVIDSON, MT. KISCO NATIONAL BANK & TRUST COMPANY, and Other Certificate Holders, Respondents.— Appeal from a resettled order in so far as it involves a denial of the payment to any creditor of the trust estate created under the Schackno Act (Laws of 1933, chap. 745) out of a dividend declared by the Superintendent of Insurance, as liquidator of the Lawyers Westchester Mortgage and Title Company, for the benefit of holders of mortgage participation certificates. Order, in so far as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur. [176 Misc. 435.]